THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| NICK BOOTH, MARY JO BOOTH, KENNETH LEE, DOLLY LEE, HAROLD TINER, and ERA TINER, | : : : : : | |
| Plaintiffs, | : : | Civil Action No. 7:05-cv-34 |
| v. | : : | |
| BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA and BAYER CROPSCIENCE, LP, | : : : : | |
| Defendants. | : | |

## ORDER ON MOTION TO STAY

Defendants have filed a motion to stay discovery in this case [Doc. 7] pending the resolution of a number of motions in this case, including a motion to remand and a motion to consolidate this case with a prior declaratory judgment action, <u>Bayer CropScience, LP, v. Nick Booth, et al.</u>, Civil Action No. 7:04-cv-92. None of the pending motions is ultimately dispositive of the case, and regardless of the outcome of those motions, discovery will have to be conducted. Accordingly, there is nothing to be gained by delaying the commencement of discovery. The motion to stay is **DENIED**.

This the 7th day of July, 2005.

s/  Hugh Lawson
HUGH LAWSON, JUDGE